# EXHIBIT C

From:            "Larry Isen" <████bllc.net>
`ent:            5/25/2016 09:43:52 -0700
.o:              Power T. Press <management@powertraderspress.com>
Subject:         for the guys to use


http://www.smallcapnetwork.com/Intelligent-Content-Enterprises-Looks-Rather-Tasty-for-a-Bigger-Player/s/via/21051/article/view/p/mid/1/id/1283/


Larry Isen

Phone: ████7908

Mobile: ████6177

email: ████bllc.net