# EXHIBIT D

**Stock Run**

Sergio  1/15/16 – 1/28/16

| Date | Client | Stock | Shares | Price | Total | Commission |
|---|---|---|---|---|---|---|
| 1/19/16 | Bruce M▮ | HECC | 8000 | .96 | 7680 | |
| 1/21/16 | Lee R▮ | GRLD | 8000 | .59 | 4720 | |
| 1/21/16 | Lee P▮ | HECC | 6000 | .94 | 5640 | |
| 1/21/16 | Lee P▮ | NWMH | 5000 | 1.08 | 5400 | 23440 |
| 1/25/16 | Brian ▮ | GRLD | 7000 | .60 | 4200 | 27,640 ✓ |
| 1/26/16 | Alan M▮ | NWMH | 20,000 | 1.21 | 24,200 | |
| 1/26/16 | Alan M▮ | NWMH | 20,000 | .60 | 12,000 | |
| 1/26/16 | Donald N▮ | GRLD | 4,000 | .60 | 2400 | |
| 1/27/16 | Mike K▮ | HECC | 3000 | 1.07 | 3210 | |
| 1/27/16 | Mike K▮ | NWMH | 3800 | 1.20 | 4560 | 46370 / 74010 |

Total - $74,010.00

2200
+100
23,00

7716